IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL PROVIDERS § | | |
| PERFORMING ABORTION § | | |
| SERVICES, et al., § | | |
| Plaintiffs, § | | |
| v. § | | A-11-CA-486-SS |
| § | | |
| DAVID L. LAKEY, M.D., et al., § | | |
| Defendants. § | | |

## ADVISORY TO THE COURT

**COMES NOW** Defendant David Escamilla through his attorney, the Travis County Attorney, and files this Advisory to the Court and would respectfully show the Court as follows:

On August 5, 2011, counsel for Senator Dan Patrick and Representative Sid Miller filed an Opposed Motion for Leave to Appear as *Amici Curiae.* **[Dkt. 50]**. *Amicus* Counsel originally filed their motion electronically as if filed by Defendants and stated in paragraph 3 that they "conferred with counsel for both Plaintiffs and Defendants." **[Dkt. 50]**. Further, paragraph 4 of their motion stated that "Defendants have consented to the filing of this *Amicus* Brief." **[Dkt. 50]**. However, neither Defendant Escamilla nor his attorneys were ever contacted for the purpose of conferencing on this issue, and therefore, never represented that Defendant Escamilla consented to the filing of the *Amicus* Brief. Defendant David Escamilla currently has a Motion to Dismiss pending and at this time is taking no position on the filing of an *amicus* brief at the district court level at this early stage of litigation.

255440-1                                                  1

Respectfully submitted,

DAVID ESCAMILLA
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:	(512) 854-9513
Facsimile:	(512) 854-4808

By:	/s/ Elaine A. Casas

Sherine Thomas
Assistant County Attorney
State Bar No. 00794734

Elaine A. Casas
Assistant County Attorney
State Bar No. 0785750

Jennifer Kraber
Assistant County Attorney
State Bar No. 24027426

**ATTORNEYS FOR DEFENDANT TRAVIS COUNTY ATTORNEY DAVID ESCAMILLA**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dicky Grigg
Spivey & Grigg, LLP
48 East Ave.
Austin, Texas 78701
ATTORNEYS FOR PLAINTIFF

Susan Hays
Goodwin Ronquillo, PC
1201 Elm St., 17th Flr
Dallas, Texas 75270
ATTORNEYS FOR PLAINTIFF

Bebe J. Anderson
Bonnie Scott Jones
Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, New York 10005
ATTORNEYS FOR PLAINTIFF

Jamie A. Levitt
J.Alexander Lawrence
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10104
ATTORNEYS FOR PLAINTIFF

Arthur C. D'Andrea
Daniel C. Perkins
Jonathan Franklin Mitchell
William T. Deane
Assistant Attorneys General
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711

By:   /s/ Elaine A. Casas

255440-1                                              3