**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| TEXAS MEDICAL PROVIDERS PERFORMING | ) | |
| ABORTION SERVICES, a class represented by | ) | |
| METROPOLITAN OB-GYN, P.A., d/b/a | ) | |
| REPRODUCTIVE SERVICES OF SAN ANTONIO | ) | |
| and ALAN BRAID, M.D., on behalf of themselves | ) | |
| and their patients seeking abortions, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | CASE NO. 11-486 |
| DAVID LAKEY, M.D., Commissioner of the Texas | ) | |
| Department of State Health Services, in his official | ) | |
| capacity; MARI ROBINSON, Executive Director of | ) | |
| the Texas Medical Board, in her official capacity; and | ) | |
| DAVID ESCAMILLA, County Attorney for Travis | ) | |
| County, in his official capacity and as representative | ) | |
| of the class of all county and district attorneys in the | ) | |
| State of Texas with authority to prosecute | ) | |
| misdemeanors; and their employees, agents, and | ) | |
| successors, | ) | |
| | ) | |
| Defendants. | ) | |

**OPPOSED MOTION FOR LEAVE BY 317 TEXAS WOMEN HURT BY ABORTION**
**TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S OPPOSITION**
**TO MOTION FOR PRELIMINARY INJUNCTION**

317 Texas Women Hurt By Abortion ("Proposed *Amici*") respectfully move for leave to

file a brief as *Amici Curiae* in support of Defendants' Opposition to Preliminary Injunction (the

*Amicus* Brief), and in excess of ten pages, and would respectfully show the Court as follows:

1.      The proposed *Amicus* Brief is attached as Exhibit A.

2.      Proposed *Amici* are Texas women who have been injured psychologically,

physically, or both, by their abortions. The *Amici* seek to protect the rights of Texas women to

have truly informed consent before deciding to have abortions. *Amici* have an interest in

informing this Court regarding the Texas H.B. 15 at issue from the unique perspective of women who have personally experienced abortion. **Each Texas woman considering an abortion is at risk** of suffering severe emotional consequences, especially if she is not equipped with truthful, accurate information regarding the nature of abortion prior to deciding whether to abort the child in her womb. See *Casey v. Planned Parenthood*, 505 US 833 (1992); *Gonzales v. Carhart,* 550 U. S. 124 (2007). Because a woman's experience with abortion is such a deep, dark, and painful secret, the information being offered to this Court by *Amici* women is difficult to obtain and is crucial to a proper decision by this Court. For years, even decades following abortion, most women who have experienced an abortion are still not willing to publicly talk about their injuries even when they are tormented by thoughts of suicide, guilt, shame, nightmares, sleeplessness, and depression.

3.      *Amici* are 317 women who have personally suffered the adverse emotional and psychological effects of abortion. Almost all of these women had their abortions in Texas, but some had abortions elsewhere and now live in Texas. These women attest to the fact that there are adverse emotional and psychological health effects from abortion which have affected their lives.

4.      In balancing the equities and potential harms concerning whether the statute should remain in place, *Amici* want the Court to know that some women will be harmed if it is enjoined. Because abortion is so painfully difficult, some women might not want to see the truth of a sonogram, but why should that woman's objection be allowed to stop many, many others from being helped. Without the Statute, women simply will not see or hear the sonogram's truth, and many of them will be irreparably injured.

5.     Accordingly, *Amici* 317 Texas Women Hurt By Abortion respectfully request leave to file their accompanying *Amicus Curiae* Brief, and in excess of ten pages, to assist the Court with these important issues.

Respectfully submitted,

ALLAN E. PARKER, JR.
State Bar Card No.: 15505500
Supreme Court Admission: 1994
7210 Louis Pasteur Dr., Suite 200
San Antonio, Texas 78229
(210) 614-7157
(210) 614-6656

## CERTIFICATE OF CONFERENCE

After consultation with opposing counsel, only <u>Plaintiffs oppose</u> this *Amicus* Brief.  The State of Texas is unopposed and Travis County District Attorney seeks to be dismissed and takes no position.

ALLAN E. PARKER

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, in the year of our Lord, 2011; I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Bebe J. Anderson**
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3600
(917) 637-3666 (fax)
banderson@reprorights.org

**Elaine A. Casas**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767-1748
(512) 854-9197
512/854-4808 (fax)
elaine.casas@co.travis.tx.us

**Arthur C. D'Andrea**
Assistant Solicitor General
Office of the Solicitor General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711
(512) 936-2868
arthur.dandrea@oag.state.tx.us

**William T. Deane**
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2120
512/320-0667 (fax)
Bill.Deane@oag.state.tx.us

**Richard Alan Grigg**
Spivey & Grigg, LLP
48 East Ave.
Austin, TX 78701
(512) 474-6061
512/474-1605 (fax)
dicky@grigg-law.com

**Susan L. Hays**
Goodwin Ronquillo, PC
1201 Elm St., 17th Flr.
Dallas, TX 75270
(214) 939-4400
(214) 760-7332 (fax)
shays@godwinronquillo.com

**Bonnie Scott Jones**
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005

(917) 637-3600
(917) 637-3666 (fax)
bjones@reprorights.org

**Jennifer Kraber**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512)854-9531
512/854-4808 (fax)
jennifer.kraber@co.travis.tx.us

**J. Alexander Lawrence**
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 336-8638
(212) 468-7900 (fax)
alawrence@mofo.com

**Jamie A. Levitt**
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 336-8638
(212) 468-7900 (fax)
jlevitt@mofo.com

**Jonathan Franklin Mitchell**
Attorney General of Texas
209 W. 14th St., 7th Floor (MC-059)
Austin, TX 78701
(512) 936-1695
512/474-2697 (fax)
jonathan.mitchell@oag.state.tx.us

**Daniel C. Perkins**
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548
(512) 463-2120
512/320-0667 (fax)
dan.perkins@oag.state.tx.us

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
512/854-4808 (fax)
sherine.thomas@co.travis.tx.us

_____
Allan E. Parker

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| TEXAS MEDICAL PROVIDERS PERFORMING ABORTION SERVICES, a class represented by METROPOLITAN OB-GYN, P.A., d/b/a REPRODUCTIVE SERVICES OF SAN ANTONIO and ALAN BRAID, M.D., on behalf of themselves and their patients seeking abortions, Plaintiffs, | ) ) ) ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION CASE NO. 11-486 |
| DAVID LAKEY, M.D., Commissioner of the Texas Department of State Health Services, in his official capacity; MARI ROBINSON, Executive Director of the Texas Medical Board, in her official capacity; and DAVID ESCAMILLA, County Attorney for Travis County, in his official capacity and as representative of the class of all county and district attorneys in the State of Texas with authority to prosecute misdemeanors; and their employees, agents, and successors, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

**ORDER GRANTING 317 TEXAS WOMEN HURT BY ABORTION
MOTION FOR LEAVE BY TO FILE BRIEF AS *AMICI CURIAE* IN
SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION**

The Motion for Leave to File Brief as *Amici Curiae* by, and in excess of ten pages, is

hereby in all things GRANTED.

SIGNED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE