

[ home ]

what's new? | ad campaign | resources | research | men | how to help | donate | free e-news

About this issue     Ads & Awareness     Advocacy & Outreach     Help & Healing

**About this issue**

**unwanted**
widespread coercion

**unsafe**
teens & moms at risk

**unfair**
injustice to all involved



**help & healing**
you are not alone

# A Tidal Wave of Published Data
### More Than 30 Studies in Last Five Years
### Show Negative Impact of Abortion on Women
### Priscilla Coleman, Ph.D.

On Sunday, November 7th, the Washington Post published an opinion piece by Dr. Brenda Major, titled *The Big Lie about Abortion and Mental Health*. I would like to offer another perspective on dishonesty permeating the scientific study and dissemination of information pertaining to abortion and mental health.

Dr. Major is absolutely correct: an informed choice regarding abortion must be based on accurate information. For abortion providers to offer an unbiased and valid synopsis of the scientific literature on increased risks of abortion, the information must include depression, substance abuse, and anxiety disorders, including Post Traumatic Stress Disorder (PTSD), as well as suicide ideation and behaviors.

Over 30 studies have been published in just the last five years and they add to a body of literature comprised of hundreds of studies published in major medicine and psychology journals throughout the world. The list is provided below and the conscientious reader is encouraged to check the studies out. No lies ... just scientifically-derived information that individual academics, several major professional organizations, and abortion providers have done their best to hide and distort in recent years.

Like Dr. Major, I too am a tenured, full professor at a well-respected U.S. university, and I too have published peer-reviewed scientific articles in reputable journals. In fact, my publication record far exceeds that of Dr. Major on the topic of abortion and mental health. I am not alone in my opinion, which has been voiced by prominent researchers in Great Britain, Norway, New Zealand, Australia, South Africa, the U.S., and elsewhere.

As a group of researchers who in 2008 published nearly 50 peer-reviewed articles indicating abortion is associated with negative psychological outcomes, six colleagues and I sent a petition letter to the American Psychological Association (APA) criticizing their methods and conclusions as described in their Task Force Report on Abortion and Mental Health.

The opinion piece by Brenda Major following on the heels of the highly-biased APA report is just the latest effort to divert attention from a tidal wave of sound published data on the emotional consequences of abortion. The evidence is accumulating,

despite socio-political agendas to keep the truth from the academic journals and ultimately from women to insure that the big business of abortion continues unimpeded. The literature now echoes the voices of millions of women for whom abortion was not a liberating, health promoting "choice." A conservative estimate from the best available data is 20 to 30 percent of women who undergo an abortion will experience serious and/or prolonged negative consequences.

Any interpretation of the available research that does not acknowledge the strong evidence now available in the professional literature represents a conscious choice to ignore basic principles of scientific integrity.

The human fallout to such a choice by the APA and like-minded colleagues is misinformed professionals, millions of women struggling in isolation to make sense of a past abortion, thousands who will undergo an abortion today without the benefit of known risks, and millions who will make this often life-altering decision tomorrow without the basic right of informed consent, which is routinely extended for all other elective surgeries in the U.S.

In publishing Major's opinion without soliciting other voices on the topic, the *Washington Post* has perpetuated a serious injustice.

(published 11/16/2010)

**List of Studies**

1. Bradshaw, Z., & Slade, P. (2005). The relationship between induced abortion, attitudes toward sexuality, and sexual problems. *Sexual and Relationship Therapy*, 20, 390-406.

2. Brockington, I.F. (2005). Post-abortion psychosis, *Archives of Women's Mental Health* 8: 53-54.

3. Broen, A. N., Moum, T., Bodtker, A. S., & Ekeberg, O. (2006). Predictors of anxiety and depression following pregnancy termination: A longitudinal five-year follow-up study. *Acta Obstetricia et Gynecologica Scandinavica* 85: 317-23.

4. Broen, A. N., Moum, T., Bodtker, A. S., & Ekeberg, O. (2005). Reasons for induced abortion and their relation to women's emotional distress: A prospective, two-year follow-up study. *General Hospital Psychiatry* 27:36-43.

5. Broen, A. N., Moum, T., Bodtker, A. S., & Ekeberg, O. (2005). The course of mental health after miscarriage and induced abortion: a longitudinal, five-year follow-up study. *BMC Medicine* 3(18).

6. Coleman, P. K. (2005). Induced Abortion and increased risk of substance use: A review of the evidence. *Current Women's Health Reviews* 1, 21-34.

7. Coleman, P. K. (2006). Resolution of unwanted pregnancy during adolescence

through abortion versus childbirth: Individual and family predictors and psychological consequences. *Journal of Youth and Adolescence* 35, 903-911.

8. Coleman, P. K. (2009). The Psychological Pain of Perinatal Loss and Subsequent Parenting Risks: Could Induced Abortion be more Problematic than Other Forms of Loss? *Current Women's Health Reviews* 5, 88-99.

9. Coleman, P. K., Coyle, C. T., & Rue, V.M. (2010). Late-Term Elective Abortion and Susceptibility to Posttraumatic Stress Symptoms, *Journal of Pregnancy* vol. 2010, Article ID 130519.

10. Coleman, P. K., Coyle, C.T., Shuping, M., & Rue, V. (2009), Induced Abortion and Anxiety, Mood, and Substance Abuse Disorders: Isolating the Effects of Abortion in the National Comorbidity Survey. *Journal of Psychiatric Research*, 43, 770- 776.

11. Coleman, P. K., Maxey, C. D., Rue, V. M., & Coyle, C. T. (2005). Associations between voluntary and involuntary forms of perinatal loss and child maltreatment among low-income mothers. *Acta Paediatrica,* 94 (10),--76-1483.

12. Coleman, P. K., & Maxey, D. C., Spence, M. Nixon, C. (2009). The choice to abort among mothers living under ecologically deprived conditions:  Predictors and consequences. International *Journal of Mental Health and Addiction* 7, 405-422.

13. Coleman, P. K., Reardon, D. C., & Cougle, J. R. (2005). Substance use among pregnant women in the context of previous reproductive loss and desire for current pregnancy. *British Journal of Health Psychology*, 10 (2), 255-268.

14. Coleman, P. K., Reardon, D. C., Strahan, T., & Cougle, J. R. (2005). The psychology of abortion: A review and suggestions for future research. *Psychology and Health*, 20, 237-271.

15. Coleman, P.K., Rue, V.M. & Coyle, C.T. (2009). Induced abortion and intimate relationship quality in the Chicago Health and Social Life Survey. Public Health, 123, 331-338.DOI: 10.1016/j.puhe.2009.01.005.

16. Coleman, P.K., Rue, V.M., Coyle, C.T. & Maxey, C.D. (2007). Induced abortion and child-directed aggression among mothers of maltreated children. *Internet Journal of Pediatrics and Neonatology*, 6 (2), ISSN: 1528-8374.

17. Coleman, P. K., Rue, V., & Spence, M. (2007). Intrapersonal processes and post-abortion   relationship difficulties:  A review and consolidation of relevant literature. *Internet Journal of Mental Health*, 4 (2).

18. Coleman, P.K., Rue, V.M., Spence, M. & Coyle, C.T. (2008). Abortion and the sexual lives of men and women: Is casual sexual behavior more appealing and more common after abortion? *International Journal of Health and Clinical Psychology*, 8 (1), 77-91.

19. Cougle, J. R., Reardon, D. C., & Coleman, P. K. (2005). Generalized anxiety following unintended pregnancies resolved through childbirth and abortion: A cohort study of the 1995 National Survey of Family Growth. Journal of Anxiety Disorders, 19, 137-142.

20. Coyle, C.T., Coleman, P.K. & Rue, V.M. (2010). Inadequate preabortion counseling and decision conflict as predictors of subsequent relationship difficulties and psychological stress in men and women. *Traumatology*, 16 (1), 16-30. DOI:10.1177/1534765609347550.

21. Dingle, K., et al. (2008). Pregnancy loss and psychiatric disorders in young women: An Australian birth cohort study. *The British Journal of Psychiatry*, 193, 455-460.

22. Fergusson, D. M., Horwood, L. J., & Boden, J.M. (2009). Reactions to abortion and subsequent mental health. *The British Journal of Psychiatry*, 195, 420-426.

23. Fergusson, D. M., Horwood, L. J., & Ridder, E. M. (2006). Abortion in young women and subsequent mental health. *Journal of Child Psychology and Psychiatry*, 47, 16-24.

24. Gissler, M., et al. (2005). Injury deaths, suicides and homicides associated with pregnancy, Finland 1987-2000. *European Journal of Public Health*, 15, 459-463.

25. Hemmerling, F., Siedentoff, F., & Kentenich, H. (2005). Emotional impact and acceptability of medical abortion with mifepristone: A German experience. *Journal of Psychosomatic Obstetrics & Gynecology*, 26, 23-31.

26. Mota, N.P. et al (2010). Associations between abortion, mental disorders, and suicidal behaviors in a nationally representative sample. *The Canadian Journal of Psychiatry*, 55(4), 239-246.

27. Pedersen, W. (2008). Abortion and depression: A population-based longitudinal study of young women. Scandinavian Journal of Public Health, 36, No. 4, 424-428.

28. Pedersen, W. (2007). Childbirth, abortion and subsequent substance use in young women: a population-based longitudinal study. *Addiction*, 102 (12), 1971-78.

29. Reardon, D. C., & Coleman, P. K. (2006). Relative treatment for sleep disorders following abortion and child delivery: A prospective record-based study. *Sleep*, 29 (1), 105-106.

30. Rees, D. I. & Sabia, J. J. (2007). The Relationship between Abortion and Depression: New Evidence from the Fragile Families and Child Wellbeing Study. *Medical Science Monitor*. 13(10): 430-436.

31. Suliman et al. (2007) Comparison of pain, cortisol levels, and psychological

distress in women undergoing surgical termination of pregnancy under local anaesthesia versus intravenous sedation. *BMC Psychiatry*, 7 (24), p.1-9.

~~~

*Dr. Coleman is an Associate Professor of Human Development and Family Studies at Bowling Green State University. A major concentration of her research has been the psychological outcomes among women who have experienced abortion.*

**Learn more:** For more information on the APA Task Force on abortion and mental health, visit www.abortionrisks.org.

**Related Articles & Resources:**
Telling Women "Post-Abortion Trauma Is A Myth" Is A Form of Coercion
"Recent Research" Fact Sheet with brief summaries of important studies

---

**Want more information like this?** Sign up for our e-news list

back to news
more research

for post-abortion counseling referrals, call 1-877-HOPE-4-ME or click here.
copyright 2006 Elliot Institute. All rights reserved.