IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TEXAS MEDICAL PROVIDERS PERFORMING
ABORTION SERVICES, et al.,
           Plaintiffs,

-vs-                                              Case No. A-11-CA-486-SS

DAVID LAKEY, M.D., et al.,
           Defendants.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause, granting in part and dismissing in part Defendants' motion for summary judgment. Accordingly,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs shall TAKE NOTHING against Defendants in this cause.

SIGNED this the 6th day of February 2012.

                                                     SAM SPARKS
                                                     UNITED STATES DISTRICT JUDGE